UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATAN IBARRA-GARCIA,

                Petitioner,

   v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

                Respondents.

Case No. C20-740-RAJ-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Finding good cause, the Court GRANTS Petitioner's motion for extension of time. (Dkt. # 9.) The Clerk shall RE-NOTE the Government's motion to dismiss (dkt. # 3) for July 17, 2020. Petitioner may file a response by July 13, 2020, and the Government may file a reply by the noting date. The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 13th day of July, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1